# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Melford T. Shirley,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. |
| ) | **11-0858-CV-W-JTM** |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On Friday, August 24, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 2, 2012, [Doc. 8] and the *Brief For Defendant*, filed April 16, 2012 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the August 24, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**